955 A.2d 1010

**Donna RUSSELLA, Respondent**

v.

**Seth H. STEINMAN, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 26, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of August, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**